UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DALE HOLSEY, | No. 2:19-cv-02485 GGH P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to the order to show cause. ECF No. 6. In the alternative, the undersigned will grant petitioner thirty days to file his first amended petition and in forma pauperis application pursuant to the court's January 3, 2020 order. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 6) is granted;

2. Petitioner shall file his first amended petition and application to proceed in forma pauperis within thirty days from the date of this order in conformity with the court's January 6, 2020 order; and

////

////

////

////

3. The Clerk of the Court is directed to send petitioner a one-time courtesy copy of the court's January 6, 2020 order.

Dated: March 17, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE