UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DALE HOLSEY,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No.  2:19-cv-02485 GGH P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner filed his petition for a writ of habeas corpus on December 12, 2019.  ECF No. 1. On January 6, 2020, the court dismissed the petition with leave to amend. ECF No. 4. Petitioner was granted thirty days to file an in forma pauperis affidavit, or pay the required filing fee, and file an amended petition in compliance with the court's instructions.  Id.  On February 24, 2020, after petitioner's deadline had expired, the court ordered petitioner to show cause why this matter should not be dismissed based on petitioner's lack of prosecution and failure to comply with the court's instructions. ECF No. 5. In response to the court's order, petitioner filed a motion for an extension of time. ECF No. 6. On March 17, 2020, the court granted the motion and granted petitioner thirty days from the date of the order to file his first amended petition and application to proceed in forma pauperis or pay the required filing fee. ECF No. 7. On April 6, 2020, petitioner filed a one-page letter with only case citations. ECF No. 8.

////

1

The deadline has now passed, and petitioner has failed to file an amended petition and application to proceed in forma pauperis or pay the required filing fee as instructed by this court.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court assign a district judge to this action.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 14, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE