1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEROY DALE HOLSEY,                        No.  2:19-cv-02485 JAM GGH P

12                    Petitioner,

13          v.                                  <u>ORDER</u>

14    UNKNOWN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 14, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on petitioner and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days. ECF No. 10. Petitioner has

23    not filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed May 14, 2020, are adopted in full;

28    ////

                                                  1

1      2.  This action is dismissed, without prejudice, for lack of prosecution and for failure to

2 comply with the court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

3

4 DATED:  June 29, 2020

5                                         /s/ John A. Mendez

6                                         UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28